**Bobby Wayne WOODS, Plaintiff–
Appellant**

v.

**Brad LIVINGSTON, Executive Director
of Texas Department of Criminal
Justice, Defendant–Appellee.**

No. 09–70035.

United States Court of Appeals,
Fifth Circuit.

Nov. 30, 2009.

Maurie Amanda Levin, University of
Texas School of Law, Austin, TX, for
Plaintiff–Appellant.

Ellen Stewart–Klein, Office of the Attor-
ney General, Austin, TX, for Defendant–
Appellee.

Before DeMOSS, DENNIS, and
CLEMENT, Circuit Judges.

PER CURIAM: *

Bobby Wayne Woods, an inmate of the
Texas Department of Criminal Justice
("TDCJ"), is scheduled to be executed on
December 3, 2009. In this appeal, Woods
seeks a stay of execution in order to pur-
sue a claim under 42 U.S.C. § 1983.
Woods wishes to present video evidence of
his mental impairment to support a peti-
tion for clemency. However, TDCJ officials
have denied Woods's requests to allow his
lawyer to videotape him. In a written
order, Judge Rosenthal dismissed Woods's
§ 1983 petition on the basis that venue
was improper. Judge Rosenthal also rea-
soned that Woods's petition was "mali-
cious" because it mimicked claims and
sought relief which had been expressly
rejected in a separate action before the
Western District of Texas, namely, an in-
junction requiring that TDCJ officials al-
low Woods to be videotaped. *See* 28
U.S.C. § 1915(e)(2)(B)(i). For this reason,
Judge Rosenthal denied Woods's motion
for stay of execution.

Woods is not entitled to relief. He has
previously presented evidence in state and
federal tribunals that his mental impair-
ment makes him ineligible for execution.
*See Woods v. Quarterman,* 493 F.3d 580
(5th Cir.2007). He timely filed a petition
for clemency with the aid of appointed
counsel. He fails to demonstrate that his
inability to supplement the petition with
video evidence entitles him to the equitable
remedy of a stay of execution. *See Nelson*

---

*v. Campbell,* 541 U.S. 637, 649–50, 124 S.Ct. 2117, 158 L.Ed.2d 924 (2004).

Woods's motion for stay of execution is DENIED. Woods's motion to proceed *in forma pauperis* is DENIED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under